AO 91 (Rev. 11/11)  Criminal Complaint

United States Courts
Southern District of Texas
FILED
October 15, 2024
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Karhnell Jackson | ) Case No. | 4:24-mj-456 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 3, 2024__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 751(a) Escape | Escape from the custody of the Attorney General or his authorized representative, or from any institution, or facility in which he is confined by direction of the Attorney General. |

This criminal complaint is based on these facts:

See attached Affadavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Cameron E. Welch, Deputy U.S. Marshal
*Printed name and title*

sworn to telephonically.

Date: October 15, 2024

_____
*Judge's signature*

City and state: Houston, TX

Christina Bryan, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

**United States of America**
**v.**
**Karhnell Jackson**

Case No. __4:24-mj-456__

**AFFIDAVIT IN SUPPORT OF**
**Criminal Complaint**

I, Deputy Cameron Welch, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. That I am a Deputy United States Marshal employed by the United States Marshals Service since 2003 and am assigned to the Houston Gulf Coast Violent Offenders and Fugitive Task Force. The Affiant is authorized to make arrests and conduct criminal investigations, including fugitive investigations with respect to violent offenses and violations of both federal and state law.

2. On April 25, 2019, Karhnell JACKSON was apprehended in Houston, Texas for the commission of Felon in Possession of a Firearm in violation of 18 U.S.C. 922.

3. On May 2, 2022, JACKSON was convicted of his arrested offense and sentenced to 84 months in the custody of the Bureau of Prisons followed by a five-year term of supervised release.

4. On August 14, 2024 JACKSON was released from the Bureau of Prisons to Leidel Residential Re-entry Center (RRC) which is a privately owned and operated halfway house within the Southern District of Texas-Houston, contracted by the United States Bureau of Prison to house federal prisoners.

5. On October 3, 2024, at approximately 1:06 pm, JACKSON exited the Leidel Residential Re-entry Center without authorization and hasn't returned. The staff at the Leidel Residential Re-entry Center contacted local law enforcement and hospitals and verified JACKSON was not in custody or admitted.

6. On October 3, 2024, Ian Coccozza, Chief Executive Officer with the United States Bureau of Prisons notified the United States Marshal Service that JACKSON was declared an escape federal prisoner.

7. Based on the ongoing investigation, I believe that JACKSON has escaped from the Liedel Residential Re-entry Center, Houston TX in violation of Title 18, United States Code, Section 751 (a).

I, Cameron E. Welch, Deputy United Staes Marshal, United Staes Marshals Service, being duly sworn according to the law, deposes and says that the facts stated in the forgoing affidavit are true and correct to the best of my knowledge, information, and belief.

Respectfully submitted,

Cameron Welch
Deputy United States Marshal
United States Marshal Service

Subscribed and sworn to me telephonically, and I find probable cause
On: ___October 15, 2024___

CHRISTINA BRYAN
UNITED STATES MAGISTRATE JUDGE